**STATE of Missouri, Respondent,**

v.

**Jon K. SMITH, Appellant.**

**No. WD 39501.**

Missouri Court of Appeals,
Western District.

May 3, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Melinda K. Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and
TURNAGE and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from conviction after jury trial of two counts of murder one, § 565.003 RSMo 1978, two counts of armed criminal action, § 571.015, RSMo 1986, one count of first degree robbery, § 569.020, RSMo 1986 and one count of burglary, § 569.170, RSMo 1986.

Judgment affirmed. Rule 30.25(b).